SAO
ADAM H. CLARKSON, ESQ.
Nevada State Bar Number 10003
MATTHEW J. McALONIS, ESQ.
Nevada State Bar Number 11203
BRIAN P. NESTOR, ESQ.
Nevada State Bar Number 13551
THE CLARKSON LAW GROUP, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Phone: 702-462-5700
Facsimile 702-446-6234
aclarkson@the-clg.com
mmcalonis@the-clg.com
bnestor@the-clg.com
*Attorneys for Montagne Marron Community Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YOKR MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-45 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-45; <br><br> Plaintiff, <br><br> vs. <br><br> MONTAGNE MARRON COMMUNITY ASSOCIATION <br> Defendant. | Case No.: 2:16-cv-00360 <br><br> STIPULATION AND ORDER TO EXTEND DEADLINE FOR MONTAGNE MARRON COMMUNITY ASSOCIATION TO FILE ANSWER TO THE BANK OF NEW YORK MELLON'S COMPLAINT <br><br> **(First Request)** |

IT IS HEREBY STIPULATED between Defendant, MONTAGNE MARRON COMMUNITY ASSOCIATION ("Association"), by and through its attorneys of record, Adam

1

H. Clarkson, Esq., Matthew J. McAlonis, Esq., and Brian P. Nestor, Esq. of the law firm The Clarkson Law Group, P.C. and Plaintiff, The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-45 Certificates, Series 2005-45 ("Bank") by and through its attorneys of record, Melanie D. Morgan, Esq. and Matthew I. Knepper, Esq., of the law firm Akerman LLP, to extend the deadline for the Association to file its Answer to the Bank's Complaint to **April 6, 2016.**

///

///

///

This is the parties' first request for an extension in this action and is not intended to cause any delay or prejudice to any party.

DATED this 15th of March, 2016

By: */s/ Matthew I. Knepper*
MELANIE D. MORGAN, ESQ.
Nevada State Bar Number 8215
MATTHEW I. KNEPPER, ESQ.
Nevada State Bar Number 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Phone: 702-634-5000
Facsimile 702-380-8572
melanie.morgan@akerman.com
matthew.knepper@akerman.com
*Attorneys for Plaintiff*

DATED this 15th of March, 2016

By: */s/ Matthew J. McAlonis*
ADAM H. CLARKSON, ESQ.
Nevada State Bar Number 10003
MATTHEW J. McALONIS, ESQ.
Nevada State Bar Number 11203
BRIAN P. NESTOR, ESQ.
Nevada State Bar Number 13551
THE CLARKSON LAW GROUP, P.C.
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
Phone: 702-462-5700
Facsimile 702-446-6234
aclarkson@the-clg.com
mmcalonis@the-clg.com
bnestor@the-clg.com
*Attorneys for Montagne Marron Community Association*

## ORDER

IT IS SO ORDERED

Dated this 16 day of March, 2016

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully submitted by:*

**THE CLARKSON LAW GROUP, P.C.**

*/s/ Brian P. Nestor, Esq.*
Brian P. Nestor, Esq.
Nevada Bar No. 13551
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89117
*Attorneys for Montagne Marron Community Association.*