1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, Nevada 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: william.habdas@akerman.com

7 *Attorneys for Plaintiff The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-45 Mortgage Pass-Through Certificates, Series 2005-45*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-45 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-45,<br><br>Plaintiff,<br><br>v.<br><br>MONTAGNE MARRON COMMUNITY ASSOCIATION; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No. 2:16-cv-00360-JAD-PAL<br><br>**NOTICE OF DISASSOCIATION** |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

APN 176-36-313-030
43365108;1

PLEASE TAKE NOTICE that The Bank of New York Mellon F/K/A The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-45 Mortgage Pass-Through Certificates, Series 2005-45 , hereby provides notice that Matthew I Knepper**,** Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon in this action. All future correspondence and papers in this action should continue to be directed Darren Brenner, Esq. and William S. Habdas, Esq., receive all future notices.

DATED this 14th day of November, 2017.

**AKERMAN LLP**

/s/ *William S. Habdas*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificate Holders CWALT, Inc. Alternative Loan Trust 2005-45 Mortgage Pass-Through Certificates, Series 2005-45*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: November 17, 2017

_____
UNITED STATES MAGISTRATE JUDGE

APN 176-36-313-030
43365108;1

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed to:

Brian P. Nestor, Esq.
Matthew McAlonis, Esq.
Adam H Clarkson, Esq.
**The Clarkson Law Group, P.C.**
2300 W. Sahara Ave., Ste. 950
Las Vegas, NV 89102
*Attorneys for Montagne Marron Community Association*

Edward D Bovack, Esq.
**Bovack Orme & Anthony**
7432 W Sahara Ave., Ste. 101
Las Vegas, NV 89117
*Attorneys for Montagne Marron Community Association*

*/s/ Doug J. Layne*_____
An employee of AKERMAN LLP

APN 176-36-313-030
43365108;1